# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SEAN VINCENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01578-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPENING BRIEF<br><br>(ECF No. 12) |

On July 16, 2018, Plaintiff filed a stipulation extending the time for Plaintiff to file his opening brief in this action. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before August 14, 2018;
2. Defendant's responsive pleading shall be filed on or before September 13, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before September 28, 2018.

IT IS SO ORDERED.

Dated: **July 17, 2018**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1