# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO BRANCH

| | |
|---|---|
| TIMOTHY SEAN VINCENT,<br><br>           Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant | Case No.:  1:17-cv-01578-SAB<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      Plaintiff shall file her opening brief on or before September 13, 2018;

2.      Defendant shall file an opposition to Plaintiff's opening brief on or before October 15, 2018; and

3.      Plaintiff's reply, if any, shall be filed on or before October 30, 2018.

IT IS SO ORDERED.

Dated:   __August 15, 2018__

                                              UNITED STATES MAGISTRATE JUDGE