# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TIMOTHY SEAN VINCENT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:17-cv-01578-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 26) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under the EAJA in the amount of three-thousand five-hundred dollars ($3,500.00) are awarded to Plaintiff subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **March 22, 2019**

UNITED STATES MAGISTRATE JUDGE