# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SEAN VINCENT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:17-cv-01578-SAB<br><br>ORDER RE DEADLINE TO FILE OBJECTIONS AND OPPOSITION TO MOTION FOR ATTORNEY FEE AND REQUIRING COUNSEL TO SERVE COPY ON PLAINTIFF |

On December 26, 2018, an order entered granting in part Plaintiff's Social Security appeal and remanding for further development of the record. (ECF Nos. 24, 25.) On September 2, 2020, Plaintiff's counsel filed a motion for attorney fees pursuant to section 406(b) of the Social Security Act. (ECF No. 28.) Upon review of the motion, while the motion was served on Plaintiff, it did not inform Plaintiff that he could file objections to the request for attorney fees or the timeframe in which to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file objections to the motion for attorney fees within **fourteen (14) days** of the date of service of this order;

2. The Commissioner's response, if any, shall be filed within **thirty (30) days** of the date of entry of this order; and

1

3. Counsel for Plaintiff shall serve a copy of this order on Plaintiff and file proof of service of the order within **five (5) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **September 3, 2020**

UNITED STATES MAGISTRATE JUDGE